**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REVELYST OPERATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:25-cv-04695<br><br>District Judge John J. Tharp Jr.<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Revelyst Operations LLC hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 1 | aglaess38 | https://www.ebay.com/str/aglaess38?_tab=1 |
| 2 | avantdigital | https://www.ebay.com/str/avantdigital?_tab=1 |
| 5 | cutedigital | https://www.ebay.com/str/cutedigital?_tab=1 |
| 7 | digitalfromchina | https://www.ebay.com/str/digitalfromchina?_tab=1 |
| 9 | gwq2019 | https://www.ebay.com/str/gwq2019?_tab=1 |
| 10 | hjdj2019 | https://www.ebay.com/str/hjdj2019?_tab=1 |
| 12 | nyliyan6688 | https://www.ebay.com/str/nyliyan6688?_tab=1 |
| 13 | nyzhan_87 | https://www.ebay.com/str/nyzhan87?_tab=1 |
| 15 | sxdf32 | https://www.ebay.com/str/sxdf32?_tab=1 |
| 16 | sxy1_20 | https://www.ebay.com/str/sxy120?_tab=1 |
| 18 | topmail123 | https://www.ebay.com/str/ldp001?_tab=1 |
| 20 | wwwon28 | https://www.ebay.com/str/won28?_tab=1 |
| 33 | combine-d | https://www.ebay.com/str/amsuer?_tab=1 |

| No | Seller Name | Seller ID |
|---|---|---|
| 35 | digital2018 | https://www.ebay.com/str/digital2018?_tab=1 |
| 46 | Optical-Fire | https://www.ebay.com/str/tutuden?_tab=1 |
| 47 | wers1245 | https://www.ebay.com/str/wers1245?_tab=1 |
| 49 | yesoned | https://www.ebay.com/str/yesoned?_tab=1 |

DATED: June 13, 2025

Respectfully submitted,

*/s/ Peter Krusiewicz*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***